Case No. 11-6308

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

ANGELO DUFF

    Plaintiff - Appellant

v.

OAK RIDGE, TENNESSEE, et al

    Defendants - Appellees

Appellant/Petitioner having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant/petitioner has failed to satisfy the following obligation(s):

The Appellant/Petitioner's Brief was not filed by December 9, 2011.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                    **ENTERED PURSUANT TO RULE 45(a),**
                                    **RULES OF THE SIXTH CIRCUIT**
                                    Leonard Green, Clerk

Issued: December 23, 2011

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 23, 2011

Angelo Duff
212 S. Fisk Avenue
Oak Ridge, TN 37830

Mr. Benjamin K Lauderback
Watson, Roach, Batson, Rowell & Lauderback
900 S. Gay Street
Suite 1500 Riverview Tower
Knoxville, TN 37902

Re: Case No. 11-6308, *Angelo Duff v. Oak Ridge, Tennessee, et al*
Originating Case No. : 10-00230

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Yvonne Henderson
Operations Manager
Direct Dial No. 513-564-7031

cc: Ms. Patricia L. McNutt

Enclosure

No mandate to issue